THOMAS R. KERR, KBA #38250
732 Scott Street
Covington, KY 41011
Telephone: 859/431-2222
859/431-3463 (fax)

ROBBINS GELLER RUDMAN
   & DOWD LLP
DAVID J. GEORGE
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

AT LOUISVILLE

| | |
|---|---|
| CITY OF LIVONIA EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) Civil Action No. 3:10-cv-00520-JGH ) ) CLASS ACTION |
| Plaintiff, | ) ) [PROPOSED] ORDER RE JOINT |
| vs. | ) SCHEDULING STIPULATION ) ) |
| ALMOST FAMILY, INC., et al., | ) ) |
| Defendants. | ) ) ) |

Good cause appearing therefore, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants are not required to respond to Plaintiff's initial complaint;

- 1 -

- 2 -

  2. The lead plaintiff shall file and serve its consolidated complaint within sixty (60) days after entry of an order appointing lead plaintiff and lead counsel or inform Defendants' counsel that it will not do so;

  3. The time for Defendants to answer, move, or otherwise plead with respect to the complaint or a consolidated complaint shall be as follows:

    (a) If lead plaintiff informs Defendants' counsel that it will not file a consolidated complaint, Defendant shall answer, move against, or otherwise respond to the complaint within sixty (60) days of their receipt of such written notice.

    (b) If lead plaintiff files a consolidated complaint, then: (i) Defendants shall answer, move against, or otherwise respond to the consolidated complaint within sixty (60) days after service; (ii) lead plaintiff shall have sixty (60) days thereafter to oppose any dispositive motion that may be filed by Defendants; and (iii) Defendants shall have thirty (30) days after the filing of lead plaintiff's opposition papers to file their reply.

**IT IS SO ORDERED.**

_____
HONORABLE JOHN G. HEYBURN, II
UNITED STATES DISTRICT COURT


DATED: _____


Submitted by:

THOMAS R. KERR, KBA #38250
732 Scott Street
Covington, KY 41011
Telephone: 859/431-2222
859/431-3463 (fax)

- 3 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DAVID J. GEORGE
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DAVID C. WALTON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

VANOVERBEKE MICHAUD &
  TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)

*Attorneys for Plaintiff*