Electronically Filed

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| IN RE ALMOST FAMILY, INC. SECURITIES LITIGATION | No. 3:10-cv-520-H |

## AGREED AMENDED SCHEDULING ORDER

WHEREAS Lead Plaintiff Connecticut Laborers' Pension Fund and Defendants Almost Family, Inc., William B. Yarmuth, and C. Steven Guenthner agree to amend the Court's September 20, 2010 Order re: Joint Scheduling Stipulation.

The parties STIPULATE and AGREE and IT IS HEREBY ORDERED THAT the Court's September 20, 2010 Order shall be amended as follows: Lead Plaintiff shall file and serve its consolidated complaint on or before March 4, 2011 or inform Defendants' counsel that it will not do so, along with the Court by filing a notice.

Agreed to by:

| BOEHL STOPHER & GRAVES, LLP | EWING MCMILLIN & WILLIS, PLLC |
|---|---|
| /s/ Edward H. Stopher | /s/ C. David Ewing |

Edward H. Stopher
400 W. Market Street, Suite 2300
Louisville, KY 40202
Tel.: (502) 589-5980
Fax: (502) 561-9400

C. David Ewing
1100 Republic Building
429 W. Muhammad Ali Boulevard
Louisville, KY  40202
Tel.: (502) 585-5800
Fax: (502) 585-5858

Bruce Coolidge
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6376
Fax: (202) 663-6363

*Counsel for Almost Family, Inc., William B. Yarmuth, and C. Steven Guenthner*

COHEN MILSTEIN SELLERS & TOLL PLLC
Daniel S. Sommers
Matthew B. Kaplan
Joshua M. Kolsky
1100 New York Avenue N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Tel.: (202) 408-4600
Fax: (202) 408-4699

Christopher Lometti
88 Pine Street
14th Floor
New York, NY 10005
Tel: (212) 838-7797
Fax: (212) 838-7745

*Counsel for the Connecticut Laborers' Pension Fund and the Class*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2011, I caused this document to be filed through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


                                                          /s/ Joshua M. Kolsky
                                       Cohen Milstein Sellers & Toll PLLC