UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:10-CV-00520-H

IN RE ALMOST FAMILY, INC.
SECURITIES LITIGATION

**ORDER**

Defendants, Almost Family, has moved to dismiss all of Plaintiffs' claims. The Court's Memorandum Opinion concludes that Plaintiffs cannot show two of the elements of such a claim.

The Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion to dismiss for failure to state a claim is SUSTAINED and all of Plaintiffs' claims are DISMISSED WITH PREJUDICE.

This is a final order.

cc:     Counsel of Record